United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK KALIL BECERRA,

Plaintiff,

v.

SUSAN K. CHERRY, et al.,

Defendants.

No. C 06-3383 MJJ (PR)

**ORDER STAYING BRIEFING SCHEDULE AND REFERRING CASE TO PRO SE PRISONER MEDIATION PROGRAM; INSTRUCTIONS TO CLERK**

(Docket No. 19)

Plaintiff, a California prisoner at San Quentin State Prison ("SQSP"), filed this pro se civil rights complaint pursuant to 42 U.S.C. § 1983 in the state court. Defendants Susan K. Cherry ("Cherry") and Wayne Jeppeson ("Jeppeson"), both SQSP officials, removed the case to this court. After a review of the complaint, the Court found plaintiff's allegations of retaliation and the violation of his right of access to the courts, when liberally construed, states a cognizable claim for relief. On October 17, 2006, the Court set a briefing schedule for the filing of dispositive motions, and defendants have since been granted two extensions of time in which to file such a motion. On March 16, 2007, plaintiff filed a motion to refer the case to the Pro Se Prisoner Mediation Program.[1]

The court has established a Pro Se Prisoner Mediation Program. Certain prisoner civil rights cases may be referred to a neutral magistrate judge for prisoner mediation proceedings.

[1]In this motion, plaintiff indicates that the parties have engaged in discovery.

United States District Court
For the Northern District of California

The proceedings will consist of one or more conferences as determined by the mediator. Good cause appearing, the instant case will be referred to Magistrate Judge Vadas for mediation proceedings pursuant to the Pro Se Prisoner Mediation Program. The proceedings shall take place within 45 days of the date this order is filed. Magistrate Judge Vadas shall coordinate a time and date for a mediation proceeding with all interested parties and/or their representatives and, within 5 days after the conclusion of the mediation proceedings, file with the court a report for the prisoner mediation proceedings.

For the foregoing reasons and for good cause shown,

1. Plaintiff's motion to refer the instant action for mediation, is GRANTED.

2. The clerk shall mail a copy of the court file, including a copy of this order, to Magistrate Judge Vadas in Eureka, California.

3. The schedule for filing dispositive motions in this action is STAYED until further order of the court, if necessary, following completion of the mediation proceedings outlined above,

This order terminates Docket No. 19.

IT IS SO ORDERED.

DATED: 7/6/2007

MARTIN J. JENKINS
United States District Judge