IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK KALIL BECERRA,<br><br>    Plaintiff,<br><br>    v<br><br>SUSAN K. CHERRY et al.,<br><br>    Defendants. | Case No C 06-3383 MJJ<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on August 8, 2007. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General

☒ Other: California Department of Corrections and Rehabilitation

1  (2) The following individuals, parties, and/or representatives did not appear:

2  (3) The outcome of the proceeding was:

☒ The case has been completely settled. A settlement agreement and proposed order of dismissal will be filed within ninety days.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☐ The parties are unable to reach an agreement at this time.

Date: 8/21/07

_____
Nandor J Vadas
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECERRA | No. C 06-3383 MJJ |
| v. | CERTIFICATE OF SERVICE |
| CHERRY | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 21, 2007, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Frank Kalil Becerra**
San Quentin
Prisoner Id H64101
San Quentin, CA 94974

RICHARD W. WIEKING, CLERK


By:_____
   Deputy Clerk

3