IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK KALIL BECERRA,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN K. CHERRY, et al.,<br><br>Defendants. | No. C 06-3383 MJJ (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>(Docket No. 28) |

Good cause appearing, plaintiff's request for a sixty-day extension of the deadline set in the October 15, 2007, Order of Conditional Dismissal is GRANTED. If any party hereto shall certify to this Court, on or before February 13, 2008, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement of this matter has not been delivered over, the foregoing Order of Dismissal shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

This order terminates Docket No. 28.

IT IS SO ORDERED.

DATED: 1/8/2008

MARTIN J. JENKINS
United States District Judge

FILED
JAN 0 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FRANK KALIL BECERRA,

    Plaintiff,

v.

SUSAN K. CHERRY et al,

    Defendant.

Case Number: CV06-03383 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frank Kalil Becerra
San Quentin
Prisoner Id H64101
San Quentin, CA 94974

Dated: January 10, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk